UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL O'NEILL,<br><br>    Petitioner,<br><br>    v.<br><br>THE STATE OF CALIFORNIA,<br><br>    Respondent. | No. 2:17-cv-2094 MCE AC HC<br><br><br><br>ORDER |

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. At this time, the court does not find that the interests of justice would be served by the appointment of counsel.

Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel (ECF No. 6) is denied without prejudice, subject to a renewal of the motion at a later stage in the proceedings.

DATED: November 9, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE