UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL O'NEILL, | No. 2: 17-cv-2094 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 18, 2017, the undersigned ordered petitioner to show cause within thirty days why this action should not be dismissed for failing to state a cognizable claim. (ECF No. 4.)

Upon further review of the petition, it appears that petitioner is challenging his 2015 El Dorado County conviction in case no. P12CRF0165 for felony driving under the influence with prior convictions. Court records indicate that petitioner has two other pending habeas corpus petitions in this court challenging the same conviction, 2:17-cv-2104 KJN P and 2: 17-cv-1669 KJN P. Rather than proceeding with three separate petitions challenging the same conviction, the court has determined that petitioner shall proceed with one petition challenging his 2015 El Dorado County conviction for driving under the influence, i.e., 2: 17-cv-1669 KJN P.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The October 18, 2017 order to show cause (ECF No. 4) is vacated; and

2. The instant action is dismissed without prejudice to petitioner filing an amended petition in 2: 17-cv-1669 KJN P.

DATED: December 4, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE